**1064**

**Alonzo HARRISON v. UNITED STATES.**

**No. 6058.**

Circuit Court of Appeals, Sixth Circuit.
April 12, 1932.

Chas. L. Neely, of Memphis, Tenn., for appellant.

Nelson H. Carver, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

**E. J. HARWOOD, A. C. Stepp, John Patterson and Ernest Lindsay, Appellants, v. UNITED STATES, Appellee.**

**No. 3357.**

Circuit Court of Appeals, Fourth Circuit.
June 22, 1932.

Robert J. Gantt and C. C. Brown, both of Spartanburg, S. C., for appellants.

Joseph A. Tolbert, U. S. Atty., of Greenville, S. C.

PER CURIAM.

Case docketed and dismissed on motion of appellee.

**HEALDTON OIL & GAS COMPANY v. Acel C. ALEXANDER, Collector.**

**No. 571.**

Circuit Court of Appeals, Tenth Circuit.
April 12, 1932.

John E. Hughes, of New York City, for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed April 12, 1932, for want of bill of exceptions.

**HOLLAND FURNACE CO. v. W. H. KRATZER CO.**

**No. 5943.**

Circuit Court of Appeals, Sixth Circuit.
April 15, 1932.

Chappell & Earl, of Kalamazoo, Mich., and Whittemore, Hulbert, Whittemore & Belknap, of Detroit, Mich., for appellant.

Murray & Zugelter, of Cincinnati, Ohio, for appellee.

PER CURIAM.

Decree of District Court [45 F.(2d) 842] affirmed.

**The HOLTERS COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

**Nos. 6157, 6158.**

Circuit Court of Appeals, Sixth Circuit.
March 18, 1932.

Donald Horne, of New York City, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for respondent.